IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office:   Philadelphia          County:   Philadelphia

City and State of Defendant:   Philadelphia, Pennsylvania

County:   Philadelphia          Register number:   N/A

Place of accident, incident, or transaction:          Eastern District of Pennsylvania

Post Office:  Philadelphia          County:    Philadelphia

RELATED CASE, IF ANY: YES

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: YES

Case Number:   22-341          Judge: SLOMSKY

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ● General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES) :

18 U.S.C. § 1962(d) (conspiracy to participate in the affairs of a racketeering enterprise - 1 count)
18 U.S.C. § 1959(a)(1) (murder in aid of racketeering - 2 counts)
18 U.S.C. § 1959(a)(3) (assault with a dangerous weapon in aid of racketeering  - 2 counts)
18 U.S.C. § 1959(a)(5) (conspiracy to commit murder in aid of racketeering - 2 counts)
18 U.S.C. § 371 (conspiracy to commit counterfeiting - 1 count)
18 U.S.C. § 1349 (conspiracy to commit mail and wire fraud - 1 count)
18 U.S.C. § 2 (aiding and abetting)

DATE:  July 10, 2024          /s/ Timothy M. Lanni
                              TIMOTHY M. LANNI
                              Assistant United States Attorney

/s/ Everett R. Witherell
EVERETT R. WITHERELL
Assistant United States Attorney

/s/ Shayna B. Gannone
SHAYNA B. GANNONE
Assistant United States Attorney

File No. 2022R0060
U.S. v. Jahlil Williams et al